UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CHRISTOPHER J. CANNATA, | CASE NO. C25-0698JLR |
| Plaintiff, | ORDER |
| v. | |
| HARBORVIEW MEDICAL CENTER, | |
| Defendant. | |

On May 6, 2025, the court directed the Pro Bono Coordinator to identify counsel from the Pro Bono Panel to represent *pro se* Plaintiff Christopher J. Cannata in this action against Defendant Harborview Medical Center.  (5/6/25 Order (Dkt. # 10).)  As noted in the court's May 6, 2024 order, Mr. Cannata's claims involve complex questions of law that will likely be difficult to articulate fully without counsel.  (*Id.* at 4 (citation omitted).)

The Court hereby APPOINTS Joseph D. Davison and Anthony Todaro of DLA Piper US LLP, 701 Fifth Avenue, Suite 6900, Seattle, Washington 98104

1  (joseph.davison@us.dlapiper.com and anthony.todaro@us.dlapiper.com), as pro bono

2  counsel for Mr. Cannata pursuant to the Amended Plan of the United States District

3  Court for the Western District of Washington for the Representation of Pro Se Litigants

4  in Civil Rights Actions.  *See* General Order 07-23.

5      Counsel are DIRECTED to appear in this matter within ten (10) calendar days.  If

6  counsel are unable for a reason set forth in the applicable rules to assume this

7  representation, a motion for relief from appointment should immediately be filed with the

8  court.

9      In the event Mr. Cannata prevails in this matter, appointed counsel may move for

10 an award of attorney's fees under any applicable authority.  The court, however, is unable

11 to assure counsel of compensation from any source.

12     The Clerk is DIRECTED to send a copy of this order to Mr. Cannata and to

13 appointed counsel Joseph D. Davison and Anthony Todaro.

14     Dated this 10th day of June, 2025.

15

16                                          JAMES L. ROBART
                                           United States District Judge

17

18

19

20

21

22

ORDER - 2